# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS C. MAGLEBY,<br><br>    Plaintiff<br><br>v.<br><br>CITIZENS BANK, N.A., et al.,<br><br>    Defendants | Case No.: 2:25-cv-00375-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER plaintiff Curtis Magleby's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Magleby's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 17, 2025.

DATED this 3rd day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE