**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS C. MAGLEBY,<br><br>  Plaintiff<br><br>v.<br><br>CITIZENS BANK, N.A., et al.,<br><br>  Defendants | Case No.: 2:25-cv-00375-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

I previously struck plaintiff Curtis Magleby's certificate of interested parties (ECF No. 2) for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). ECF No. 13.  I ordered the plaintiff to file a proper certificate of interested parties by March 17, 2025. *Id.*  The plaintiff did not do so.

I THEREFORE ORDER plaintiff Curtis Magleby to file a proper certificate of interested parties by March 28, 2025.  Failure to do so may result in dismissal of this case.

DATED this 18th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE